UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA M. MURPHY, | Case No.  2:25-cv-3275-DAD-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| CHARLEY D. SMITH, *et al*., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file an amended complaint.  ECF No. 27.  Additionally, defendant Smith is ordered to comply with the court's May 11, 2026 order. *See* ECF No. 24.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time, ECF No. 27, is GRANTED.

2.  Plaintiff is granted fourteen days from the date of this order's issuance to file an amended complaint.  Failure to do so may result in a recommendation that this action be dismissed.

3.  Defendant Smith shall comply with the court's May 11, 2026 order within fourteen days of this order's issuance.

1

IT IS SO ORDERED.


Dated:    June 30, 2026                          _____

                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE